**BRYAN T. DAKE**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone: 406-657-6101**
**Fax: 406-657-6058**
**Email: Bryan.Dake@usdoj.gov**

**FILED**

JUN 2 1 2018

Clerk, U S District Court
District Of Montana
Billings

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**ANTHONY JONES and STACEY JAMES WONDRA ,**<br><br>**Defendants.** | CR 18- 81 -BLG- SPW<br><br>**INDICTMENT**<br><br>**FELON IN POSSESSION OF FIREARM AND AMMUNITION**<br>Title 18 U.S.C. § 922(g)(1)<br>(Count I)<br>(Penalty:  Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>**RECEIPT OF FIREARM BY PERSON UNDER INDICTMENT**<br>(Count II)<br>Title 18 U.S.C. §§ 922(n) and 924(a)(1)(D)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years of supervised release) |

|  | **FALSE STATEMENT DURING FIREARMS TRANSACTION (Count III) Title 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)** |
|---|---|

THE GRAND JURY CHARGES:

### COUNT I

That on or about March 19, 2018, at Livingston and within Park County, in the State and District of Montana, the defendant, ANTHONY JONES, having been convicted in 2017 of a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Montana, knowingly possessed, in and affecting interstate commerce, a firearm, namely a Taurus, PT 24/7 PRO DS, 9mm caliber semi-automatic pistol (serial number TBW02531), and ammunition, in violation of 18 U.S.C. § 922(g)(1).

### COUNT II

That between on or about March 14, 2018 and March 19, 2018, at Livingston and within Park County, in the State and District of Montana, the defendant, STACEY JAMES WONDRA who was then under indictment (information) for a crime punishable by imprisonment for a term exceeding one year, namely burglary under the laws of the State of Montana, willfully shipped, transported, and received a firearm, a Taurus, PT 24/7 PRO DS, 9mm caliber semi-automatic pistol (serial

number TBW02531), and ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

## COUNT III

That on or about March 14, 2018, at Livingston and within Park County, in the State and District of Montana, the defendant, STACEY JAMES WONDRA, in connection with the acquisition of a firearm, namely a Taurus, PT 24/7 PRO DS, 9mm caliber semi-automatic pistol (serial number TBW02531), from Action Pawn Take 2, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Action Pawn Take 2, which statement was intended and likely to deceive Action Pawn Take 2 as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant answered "No" to a written question asking whether the defendant was under indictment in any court for a felony, when in truth and fact, as, STACEY JAMES WONDRA well knew, he was currently under indictment for felony charges in Montana Eighteen Judicial District Court, Gallatin County, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

//

3

A TRUE BILL.

<span style="color:red">Foreperson signature redacted.  Original document filed under seal.</span>

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ____✓___ Both Jones - state custody
Bail: _____