IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACY JAMES WONDRA,<br><br>Defendant. | CR 18-81-BLG-SPW<br><br>**ORDER** |

Defendant made an initial appearance before the Court on August 13, 2018. (Doc. 26.) The United States moved to detain Defendant pending trial, and Defendant requested a detention hearing. The Court set the hearing for August 15, 2018. Defendant has since filed an Unopposed Motion to Vacate Detention Hearing. (Doc. 27.)

Accordingly, IT IS ORDERED the Detention Hearing presently set for August 15, 2018, is hereby **VACATED**.

DATED this 13th day of August, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge