IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACEY JAMES WONDRA,<br><br>Defendant. | CR 18-81-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record, STACEY JAMES WONDRA is hereby released from the custody of the U.S. Marshal Service.

DATED this 4th day of April, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1