IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
DEC 05 2019
Clerk, U S District Court
District Of Montana
Billings

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STACEY JAMES WONDRA,

    Defendant.

CR 18-81-BLG-SPW-2

ORDER

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Friday, December 6, 2019 at 2:30 p.m. is **VACATED** and reset to commence on **Tuesday, December 17, 2019 at 9:30 a.m.**

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 5th day of December, 2019.

                                          SUSAN P. WATTERS
                                          United States District Judge

1