IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STACY JAMES WONDRA,<br><br>Defendant. | Cause No. CR 18-81-BLG-SPW-02<br><br><br>ORDER |

Defendant Wondra moves the Court for early termination of his supervised release. *See* Mot. for Early Termination (Doc. 84) at 1. He is currently incarcerated because he violated his conditions of release. The Court will not consider early termination. *See also* 18 U.S.C. § 3583(e)(1).

Wondra also withdraws his motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255. *See* Mot. for Early Termination at 2.

Accordingly, IT IS ORDERED that Wondra's motion for early termination of supervised release (Doc. 84) is DENIED. His motion under 28 U.S.C. § 2255 is

1

DISMISSED WITHOUT PREJUDICE.

DATED this 15th day of April, 2020.

Susan P. Watters
United States District Court