CR-18-81-(2)   8-5-24

RECEIVED
AUG 12 2024
JUDGE WATTERS CHAMBERS

Dear Honorable Watters,

This is Stacey James Wondra. I was convicted of False Statement during a firearms transaction on April 4, 2019. Your Honor I am writing this letter to request that my Federal conviction in Billings MT Federal Court be expunged and dismissed off of my record. Your Honor it has nearly been 5 years since my conviction and 5 years off of paper. I have learned my lesson, and feel I have served enough time to subdue the consequences. I would like to thank you for your efforts in working my case, and thank you for having a kind heart. Please send any responses to

Danielle Romanoff
c/o Stacey Wondra
9557 W. State St, Apt-C-203
Boise Idaho, 83714.

Thank you again for your time and consideration.

Best regards,
Sincerely,
Stacey Wondra

Stacey Wonde
PO Box 9131
Seminole FL,
33775-9131



OKLAHOMA CITY OK 730
5 AUG 2024 PM 4 L

THIS CORRESPODENCE IS FROM AN INMATE AT GRADY COUNTY CRIMINAL JUSTICE AUTHORITY GCCJA IS NOT RESPONSIBLE FOR CONTENT

James F. Battin
Federal Courthouse
United States district ct courts
c/o Honorable Susan P Watters

Billings MT,
59101

RECEIVED
AUG 09 2024
CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

59101-999955